**DISMISS and Opinion Filed February 21, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01015-CR

**THE STATE OF TEXAS, Appellant**
**V.**
**TINA TEAGUE, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MA17-47049-M**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Bridges

The State has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We grant

the motion to dismiss and dismiss the appeal.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

191015F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-19-01015-CR          V.

TINA TEAGUE, Appellee

On Appeal from the County Criminal Court of Appeals No. 2, Dallas County, Texas
Trial Court Cause No. MA17-47049-M.
Opinion delivered by Justice Bridges.
Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED.**

Judgment entered February 21, 2020.